OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

RIO GRANDE DISTRICT

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

02 1M
0004279596

$ 00.26⁵
DEC 04 2014

MAILED FROM ZIP CODE 78701

**12/3/2014**
**SMITH, MICHAEL A.     Tr. Ct. No. C-371-010310-0788049-F          WR-60,426-10**
The Court has dismissed without written order this subsequent application for a writ
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

MICHAEL A. SMITH
█████████████████ - TDC #1036085
██████████████
████████████



released